IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:23-753 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| vs. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(a)(1)(D) |
| HANDRIKUS LYKEIN DON'TAE WEBB | ) | 18 U.S.C. § 924(e) |
| MAURICE ANDERSON KENNETH THOMPSON | ) | 21 U.S.C. § 841(a)(1) |
| DILLION JUSTIN POWELL | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | SEALED INDICTMENT |

COUNT 1
(Engaging in the business of dealing in firearms without a license)

THE GRAND JURY CHARGES:

That beginning at a time unknown to the grand jury, but beginning at least in or around May 2022, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina, the Defendants, HANDRIKUS LYKEIN DON'TAE WEBB, MAURICE ANDERSON KENNETH THOMPSON, and DILLION JUSTIN POWELL, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

1

COUNT 2
(Felon in Possession of a Firearm)

THE GRAND JURY FURTHER CHARGES:

That on or about May 10, 2022, in the District of South Carolina, the Defendant, HANDRIKUS LYKEIN DON'TAE WEBB, knowingly possessed a firearm in and affecting interstate and foreign commerce, to wit, a Springfield Armory, model XD-9, 9mm pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

COUNT 3
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about May 11, 2022, in the District of South Carolina, the Defendant, DILLION JUSTIN POWELL, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 5 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 4
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about May 17, 2022, in the District of South Carolina, the Defendant, DILLION JUSTIN POWELL, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 5 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 5
(Felon in Possession of Firearms and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about June 10, 2022, in the District of South Carolina, the Defendant, HANDRIKUS LYKEIN DON'TAE WEBB, knowingly possessed firearms and ammunition in and affecting interstate and foreign commerce, to wit, a Glock, model 17, 9mm pistol, a Glock, model 20, 10mm pistol, and 9mm and 10mm ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 6
(Attempted Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about June 10, 2022, in the District of South Carolina, the Defendant, DILLION JUSTIN POWELL, knowingly, intentionally, and unlawfully did attempt to distribute a quantity of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 7
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about June 16, 2022, in the District of South Carolina, the Defendant, HANDRIKUS LYKEIN DON'TAE WEBB, and another person known to the grand jury, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, and did aid and abet each other in the aforesaid offense;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 8
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about July 8, 2022, in the District of South Carolina, the Defendant, HANDRIKUS LYKEIN DON'TAE WEBB, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 9
(Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about July 8, 2022, in the District of South Carolina, the Defendant, HANDRIKUS LYKEIN DON'TAE WEBB, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, to wit, a Taurus, model 85, .38 caliber revolver and .38 caliber ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## COUNT 10
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about July 15, 2022, in the District of South Carolina, the Defendant, MAURICE ANDERSON KENNETH THOMPSON, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 11
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about July 22, 2022, in the District of South Carolina, the Defendant, MAURICE ANDERSON KENNETH THOMPSON, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 12
(Distribution of Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about August 2, 2022, in the District of South Carolina, the Defendant, MAURICE ANDERSON KENNETH THOMPSON, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 5 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 13
(Felon in Possession of Firearms and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about November 21, 2022, in the District of South Carolina, the Defendant, HANDRIKUS LYKEIN DON'TAE WEBB, knowingly possessed firearms and ammunition in and affecting interstate and foreign commerce, to wit, a Norinco, model 213, 9mm pistol, a Taurus, model G3C, 9mm pistol, a Smith & Wesson, model M&P 380 Shield EZ, .380 caliber pistol, and a Smith & Wesson, model M&P 15-22, .22LR caliber rifle and 9mm and .380 caliber ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## FORFEITURE

DRUG OFFENSES:

Upon conviction for felony violations of Title 21, United States Code, as charged in this Indictment, the Defendants, HANDRIKUS LYKEIN DON'TAE WEBB, MAURICE ANDERSON KENNETH THOMPSON, and DILLION JUSTIN POWELL shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment and all interest and proceeds traceable thereto as a result of their violations of 21 U.S.C. §§ 841 and 846.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A  True  BILL



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Justin.Holloway@usdoj.gov